UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APRIL MAY BROWN,

                Plaintiff,

   v.

PANORAMA HNN ASSOCIATES, RACHAEL SCHIFERI,

                Defendants.

CASE NO. **2:25-cv-02307-JCC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 24th day of November, 2025.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge