THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL MAY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>PANORAMA HNN ASSOCIATES, *et al.*,<br><br>    Defendants. | CASE NO. C25-2307-JCC<br><br>ORDER |

In an order to show cause (Dkt. No. 6), the Court described the pleading infirmities in Plaintiff's original complaint (Dkt. No. 5) and indicated that, if Plaintiff could not cure those infirmities, the Court would dismiss the case. In response, Plaintiff lodged an amended complaint (Dkt. No. 7), requested the appointment of counsel (Dkt. No. 8), and described her difficulties in prosecuting this case (Dkt. No. 9.)

These filings are not responsive to the Court's instruction. While the Court is sympathetic to Plaintiff's need for the assistance of counsel in formulating her claims, without more clear allegations supporting the type of relief this Court may provide, the Court cannot ascertain if "exceptional circumstances" support the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (describing those circumstances required for the appointment of counsel); *see also United States ex rel. Gardner v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965) (noting that the appointment of counsel in a civil matter is a "privilege not a right"). Nor can the

1  Court glean, at this point, the jurisdictional basis for its involvement in this matter (as a federal
2  court with limited jurisdiction).
3        Accordingly, and pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's amended complaint
4  (Dkt. No. 7) is DISMISSED without prejudice.

6        DATED this 22nd day of December 2025.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE